```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHONDA AMBRISTER, *individually and as legal guardian of R.D.*,

        Plaintiffs,

  -against-

DAVID C. BANKS, *in his official capacity as Chancellor of New York City Department of Education*, et al.,

        Defendants.

23-CV-2746 (JGLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's conference, it is hereby ORDERED that:

1. <u>Summary Judgment</u>.

   a. Plaintiffs shall file their moving papers no later than **November 6, 2023**. On the same date, the parties shall submit a joint stipulation of facts which are not in dispute, in lieu of Local Civ. R. 56.1 Statements. Defendants shall file their opposition, including any cross-motion, no later than **December 4, 2023**. Plaintiffs shall file their opposition/reply no later than **January 3, 2024**. If defendants make a cross-motion, they may file a reply no later than **January 24, 2024**.

   b. Principal briefs are limited to 25 pages; plaintiff's opposition/reply brief is limited to 10 pages; and defendants' final reply brief, if any, shall be limited to five pages.

   c. Summary judgment motion papers shall conform to the Court's Individual Practices, except as modified herein.

2. <u>Certified Administrative Record</u>. The parties' request to file the certified administrative record of the proceedings before the State Review Officer (CAR) under seal is GRANTED. The CAR may be filed under seal at the "selected parties" viewing level. Plaintiffs shall file the CAR, under seal, as soon as it is available.

Dated: New York, New York
       August 16, 2023

                                 SO ORDERED.

                                 _____
                                 **BARBARA MOSES**
                                 **United States Magistrate Judge**