**BRAIN INJURY RIGHTS GROUP**

Address: 300 E 95th St., Suit
Telephone: 646.850.5035
Website: www.braininjuryrig

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2024

January 17, 2024

**VIA ECF**

Hon. Barbra Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *Ambrister v. Banks et al.*, 23-cv-02746 (JGLC)(BCM)

Dear Judge Moses:

As Your Honor may recall, the undersigned represents the Plaintiffs in the above-referenced matter. On December 8, 2023, Your Honor ordered Plaintiffs to file their Opposition/Reply to the Defendants' Cross-Motion for Summary Judgment by January 19, 2024. Plaintiffs write to request an extension of time to file their papers. Defendants' counsel consents to the request.

As noted above, Plaintiffs' Opposition/Reply is currently due Friday, January 19. Plaintiffs respectfully request a ten-day extension to file their papers to January 29. The extension would apply to subsequent deadlines. Plaintiffs propose the following revised briefing schedule:

**By January 29, 2024:**     Plaintiffs shall file their Opposition/Reply.

**By February 20, 2024:**    Defendants shall file their Reply, if any.

The Plaintiffs thank the Court for its courtesy and consideration in this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB 2901)

Cc:   All Counsel of Record via ECF.

Application GRANTED. SO ORDERED.

*Barbara Moses*

Barbara Moses
United States Magistrate Judge
January 18, 2024

1