**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
RHONDA AMBRISTER, individually, and as legal guardian of R.D.,

                Plaintiff,

-against-

DAVID C. BANKS and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                Defendants.
-----------------------------------------------------------------X

23 **CIVIL** 2746 (JGLC(BCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, he R&R is ADOPTED in part and MODIFIED in part. Plaintiff's motion for summary judgment is DENIED and Defendants' cross-motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 27, 2024

                                        **DANIEL ORTIZ
                                        Acting Clerk of Court**

                  **BY:**

                                        **Deputy Clerk**